UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

UNITED STATES of AMERICA,   Case No: 3:19-CR-00211 (7)
                            CHIEF JUDGE CRENSHAW

vs.

**MARCUS DECARLO ODOM  /**

**SUPPLEMENT TO THE PREVIOSULY FILED SENTENCING SUBMISSION BY COUNSEL FOR DEFENDANT MARCUS ODOM**

Counsel for Mr. Odom respectfully files the attached Inmate Program History of his client's attendance in the AA program and the M.A.P.S. program at the Grayson County Detention Center. Due to Covid these programs were discontinued for a considerable amount of time. Mr. Odom entered these programs when they were revived.

RESPECTFULLY SUBMITTED:

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF
TENNESSEE BAR # 026140
ATTORNEY FOR DEFENDANT
Larnkoff@gmail.com
9103 BRENT MEADE BLVD
BRENTWOOD TN 37027
TEL: 615 973 4570, FAX: 615 371 5327

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Supplement to Defendant's Previously Filed Sentencing Submission was filed in the ECF system this 27th day of January , 2023 and a copy was provided to AUSA Juliet Aldridge.

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF