# Inmate Program History

## ODOM, MARCUS, DECARLOS  ⟨179⟩

### AA/Wednesday 2023
**9/14/2022**

- Attended: 9/28/2022
- Attended: 10/5/2022
- Attended: 10/12/2022
- Attended: 10/26/2022
- Attended: 11/2/2022
- Attended: 11/16/2022
- Attended: 11/23/2022
- Attended: 11/30/2022
- Attended: 12/7/2022
- Attended: 12/14/2022
- Attended: 1/4/2023
- Attended: 1/11/2023

Outcome:

### COMMUNITY PRAISE AND WORSHIP 2022
**11/11/2015   3/2/2016**

- Attended: 11/10/2015
- Attended: 11/17/2015
- Attended: 12/2/2015
- Attended: 12/15/2015
- Attended: 1/5/2016
- Attended: 1/26/2016
- Attended: 2/2/2016
- Attended: 2/10/2016
- Attended: 2/16/2016
- Attended: 2/24/2016

Outcome: Released
REMOVED DID NOT SIGN IN 12-9-15 J22
ADDED BACK TO LIST 12-10-15 J22

### M.A.P.S. 2023 --- PM
**6/13/2022**

- Attended: 6/15/2022
- Attended: 6/22/2022
- Attended: 6/29/2022
- Attended: 7/6/2022
- Attended: 7/13/2022
- Attended: 7/20/2022
- Attended: 7/27/2022
- Attended: 8/3/2022
- Attended: 8/10/2022
- Attended: 8/17/2022
- Attended: 8/24/2022
- Attended: 8/31/2022
- Attended: 9/7/2022
- Attended: 9/14/2022
- Attended: 9/28/2022
- Attended: 10/5/2022
- Attended: 10/12/2022
- Attended: 10/19/2022
- Attended: 10/26/2022
- Attended: 11/16/2022
- Attended: 11/23/2022
- Attended: 11/30/2022

Attended: 12/7/2022

Attended: 1/4/2023

Attended: 1/11/2023

Outcome:

PLEASANT VIEW MINISTRY 2018

1/11/2016    3/2/2016

Attended: 1/17/2016

Attended: 1/29/2016

Attended: 2/7/2016

Attended: 2/21/2016

Attended: 2/28/2016

Outcome: Released

STILL WATERS (ENG) 2ND & 4TH WK 2023

9/6/2022

Attended: 9/6/2022

Attended: 9/13/2022

Attended: 9/27/2022

Attended: 10/11/2022

Attended: 10/25/2022

Attended: 11/22/2022

Outcome: