REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.
MARCUS DECARLOS ODOM

(list each defendant appearing at hearing)

Case No.: 3:19-CR-211-7
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 3/19/2024
Location: ● Nashville  ○ Columbia  ○ Cookeville
Court Reporter: LISE MATTHEWS
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s):
Defense Attorney(s): LAWRENCE ARNKOFF

## TRIAL PROCEEDINGS
1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing ✓
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Defendant concedes the violations in the Petition (Doc. No.526), and is adjudged guilty.
- Counsel is to attempt to find a facility for long term drug treatment.
- Order to enter.

Total Time in Court: 24 minutes

Clerk of Court
by: MELISSA SEAY