UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:19-cr-00211-7 |
| | ) |
| MARCUS DECARLOS ODOM | ) |

### ORDER

Following a March 19, 2024, hearing during which the Court adjudged Defendant guilty of Violations 1, 2, 3, and 4 of the Superseding Petition for Warrant for Offender on Supervision (Doc. No. 650), the Court held Defendant's sentence in abeyance until defense counsel filed notice with the Court on his efforts to find a facility able to provide long-term drug treatment to Defendant. (Doc. No. 565). Defense counsel filed such notice on April 15, 2024, (Doc. No. 571), and the Court reconvened on April 23, 2024. For the reasons stated on the record, Defendant's sentence remains in abeyance. Defendant shall be released to Buffalo Valley on **April 25, 2024**, and, following the completion of the program, Defendant shall be released to Welcome Home Ministries in the care of Ronald Johnson on **May 23, 2024**. Also on **May 23, 2024**, defense counsel shall file a report updating the Court on Defendant's compliance with his treatment plan (Doc. No. 573-2).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE